COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTIONS**

| | |
|---|---|
| Cause number: | 01-18-00639-CV |
| Style: | Loruhamah Dickey v. Harris County, City of Houston, Houston Community College System, Houston Independent School District |
| Date motions filed*: | September 6, 2018 |
| Type of motions: | Motion for Extension of Time to Pay Court Reporter Fees; Motion for Extension of Time to Pay Court Reporter, Clerk, and Appellate Filing Fees or to be Declared Exempt |
| Party filing motions: | Pro Se Appellant Loruhamah Dickey |
| Document to be filed: | "Statement of Inability to Afford Payment of Court Costs or an Appeal Bond" or Payment of Reporter's & Clerk's Record & Filing Fees |

Is appeal accelerated?     No

If motion to extend time:

| | |
|---|---|
| Original due date: | 8/7/18 (Filing Fee) & 8/14/18 (Record Fees) |
| Number of extensions granted: | 0    Current Dates:  9/7/18 (Filing) 9/20/18 (Record) |
| Date Requested: | N/A (maximum amount requested) |

Ordered that motions are:

    ☑ Granted in part; if documents are to be filed, documents due:  October 8, 2018.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☑ Other: _____

Appellant's pro se motion for an extension of time to pay the appellate fees is **granted until October 8, 2018.**  Appellant is notified that, if he seeks to be declared indigent for purposes of appellate costs, he must contact the Harris County District Clerk to file the Statement of Inability to Afford Payment of Court Costs or an Appeal Bond in the district court, or a statement that includes the same information, by **October 8, 2018**. *See* TEX. R. CIV. P. 145(a), (b); TEX. R. APP. P. 20.1(c).

Judge's signature: /s/ Evelyn V. Keyes

                ☑ Acting individually      ☐ Acting for the Court

Date:  September 20, 2018